**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CANDICE O'CONNELL

      Plaintiffs,

v.                                      Case No. 3:24-CV-00419

CITY OF JACKSONVILLE,
BAPTIST HEALTH SYSTEM, INC.,
SOUTHERN BAPTIST HOSPITAL
OF FLORIDA, INC. MEGAN
GRIFFITH, RN, AND
LAUREN HAND, MD,

      Defendants.
_____

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   Not applicable.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220

Not applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   a.   Candice O'Connell;
   b.   Delegal Poindexter & Underkofler, P.A.;
   c.   James Poindexter, Esq.;
   d.   T.A. "Tad" Delegal, III, Esq.;
   e.   Alexandra Underkofler, Esq.;
   f.   City of Jacksonville;
   g.   Baptist Health System, Inc.;
   h.   Southern Baptist Hospital of Florida, Inc.;
   i.   Megan Griffith, RN; and
   j.   Lauren Hand, MD.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   None.

6. Identify each person arguably eligible for restitution:

   Plaintiff, Candice O'Connell

   ☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

---

(11th Cir. 2017); <u>D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra</u>, 661 F.3d 124, 125-27 (1st Cir. 2011).

Respectfully submitted this 7th day of May, 2024.

**DELEGAL POINDEXTER
& UNDERKOFLER, P.A.**

*/s/ James C. Poindexter*
JAMES C. POINDEXTER
Fla. Bar No.: 0116039
Email: james@delegal.net
T.A. DELEGAL, III, B.C.S.
Fla. Bar No.: 892701
Email: tad@delegal.net
ALEXANDRA E. UNDERKOFLER
Fla. Bar No.: 1018209
Email: alex@delegal.net
424 E. Monroe Street
Jacksonville, Florida 32202
Telephone: (904) 633-5000
Facsimile: (904) 358-2850
Secondary email: office@delegal.net
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2024, a copy of Plaintiff's Disclosure Statement has been filed using the CM/ECF system, which will send a Notice of Electronic Filing to all registered users.

*/s/ James C. Poindexter*
Attorney

3