UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CANDICE O'CONNELL,

        CASE NO.: 3:24-cv-00419-MMH-MCR

    Plaintiff,

v.

CITY OF JACKSONVILLE,
SOUTHERN BAPTIST HOSPITAL
OF FLORIDA, INC., and MEGAN
GRIFFITH, RN,

    Defendants.
_____/

## [PROPOSED] PROTECTIVE ORDER

**THIS CAUSE** is before the Court on Plaintiff's Joint Motion for Protective Order [Dkt. No. 41; Joint Motion for Protective Order] filed on December 5, 2024. With the consent of the parties, to expedite discovery and facilitate the prompt resolution of disputes over confidentiality of medical records and information, it is, pursuant to the Court's authority under Federal Rule of Civil Procedure 26(c)(1),

**ORDERED:**

    1.    The parties and their attorneys, and any future parties and their attorneys, in the above-captioned litigation are hereby authorized to receive and transmit medical records and information pertaining to Plaintiff to the extent of and subject to the conditions outlined herein.

    2.    Plaintiff will provide medical releases authorizing medical providers and other custodians to provide copies of Plaintiff's medical records to Defendants

and their attorneys in this litigation. Plaintiff will execute and deliver the medical releases within five days of entry of this Order.

3. All "covered entities" (as defined by 45 C.F.R. § 160.103 and 42 U.S.C. § 12111(2)) are hereby authorized to disclose Plaintiff's medical information and records to attorneys representing Plaintiff, to Defendants, and to attorneys representing Defendants in the above-captioned litigation.

4. The parties and their attorneys shall be permitted to use or disclose Plaintiff's medical records and information only for purposes of prosecuting or defending this action, including any appeals of this case. This includes, but is not necessarily limited to, disclosure to attorneys, experts, consultants, witnesses, court personnel, court reporters, copy services, trial consultants, and other entities or persons involved in the litigation process. This does not affect or limit the disclosure of such information and records by the City, Baptist, or Griffith pursuant to other laws, rules, and regulations.

5. Before disclosing Plaintiff's medical records and information and records to persons involved in this litigation, counsel shall inform each such person that Plaintiff's medical information and records may not be used or disclosed for any purpose other than this litigation.

6. If any Defendant seeks to file a document that includes Plaintiff's medical records or medical information, the filer shall first file a placeholder document on the public docket and simultaneously serve a copy of the unredacted filing to the Court's chambers and counsel for the other parties. The placeholder

document shall provide the title of the document (e.g., Defendant's Motion for Summary Judgment) and shall certify that the substantive document has been served on the other parties and the Court. If Plaintiff wishes for the substantive document to be redacted or docketed under seal, Plaintiff shall move to seal the filing under Local Rule 1.11. If Plaintiff does not file a motion to seal within fourteen days of the filing of the placeholder document and service of the substantive document, the filing party shall file an unredacted copy of the substantive document on the public docket. Documents filed in accordance with this paragraph shall be deemed filed on the date the filing party files the placeholder document and serves the substantive copy to the other parties.

7. Neither the Joint Motion for Protective Order [Dkt. No. 41; Joint Motion for Protective Order] ("Joint Motion") nor this Order shall be construed as an admission that such records or information are confidential or contain protected health information or that Plaintiff has not waived any confidentiality. No party may use the Joint Motion or this Order for any purpose other than to enforce their terms.

8. The process described above does not affect in any way the deadlines established by the operative Case Management and Scheduling Order or any other deadline imposed by court rules.

DONE AND ORDERED in Jacksonville, Florida this 16 day of December, 2024

~~MARCIA MORALES HOWARD~~ Monte C. Richardson
United States ~~District~~ Judge
Magistrate

Copies to:
Counsel of Record