IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CANDICE O'CONNELL,

        Plaintiff,

CASE NO.: 3:24-cv-00419

v.

CITY OF JACKSONVILLE,
SOUTHERN BAPTIST HOSPITAL
OF FLORIDA, INC., and MEGAN
GRIFFITH, RN,

        Defendants.
_____/

**JOINT STATUS REPORT IN RESPONSE TO ORDER**

COME NOW Plaintiff CANDICE O'CONNELL ("O'Connell") and Defendant CITY OF JACKSONVILLE ("COJ"), by and through their respective undersigned attorneys of record and hereby respond to this Court's Order. Doc. 80.

The settlement agreement between Plaintiff and COJ was approved by the City of Jacksonville's City Council on November 25, 2025. The parties ask this Court to dismiss Plaintiff's claims against Defendant COJ but retain jurisdiction to enforce the terms of their settlement agreement as the consideration has not yet been tendered as of the date of this filing. All consideration is to be tendered no later than January 23, 2026.

Respectfully submitted this 8th day of December 2025.

| | |
|---|---|
| */s/ James C. Poindexter* | */s/ Rita M. Mairs* |
| James C. Poindexter | Rita M. Mairs |
| Florida Bar No. 116039 | Florida Bar No.: 560960 |

1

| | |
|---|---|
| Email: james@delegal.net | Email: MairsR@coj.net |
| DELEGAL POINDEXTER & UNDERKOFLER, PA<br>424 East Monroe Street<br>Jacksonville, Florida 32202<br>Telephone: (904) 633-5000<br>Facsimile: (904) 358-2850<br><br>*Attorneys for Plaintiff* | OFFICE OF GENERAL COUNSEL<br>CITY OF JACKSONVILLE<br>117 West Duval Street, Suite 480<br>Jacksonville, Florida 32202<br>Tel: (904) 255-5100<br>Fax: (904) 255-5120<br>*Attorneys for Defendant City of Jacksonville* |

## CERTIFICATE OF SERVICE

I certify that on December 8, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

*/s/ James C. Poindexter*
Attorney